2500A (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: <br> EASTERDAY RANCHES, INC., et al., <br>                   Debtor(s) <br> _____ <br> EASTERDAY RANCHES, INC. and <br> EASTERDAY FARMS, <br>                   Plaintiff(s) <br>    v. <br><br> ESTATE OF GALE A. EASTERDAY <br> (DECEASED), KAREN L. EASTERDAY, <br> CODY A. EASTERDAY, and DEBBY <br> EASTERDAY, <br>                   Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 21-00141-WLH11 <br><br> Adv. Proc. No. 21-80050-WLH <br><br><br><br><br> **SUMMONS IN AN ADVERSARY** <br> **PROCEEDING** |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:   United States Bankruptcy Court
                                           Eastern District of Washington
                                           PO Box 2164
                                           Spokane, WA 99210-2164

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
        Name and Address of Plaintiff's Attorney:
                      Thomas A. Buford
                      Bush Kornfeld LLP
                      601 Union Street, Suite 5000
                      Seattle, WA 98101

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: September 22, 2021



                                                                Clerk, U.S. Bankruptcy Court

                                                                 by: /s/ Tiffany James_____
                                                                     Deputy Clerk

SUMMONS IN AN ADVERSARY PROCEEDING - 1