Timothy J. Conway, WSBA 52204
   Direct Dial:  503.802.2027
   Facsimile:   503.274.8779
   E-Mail:      tim.conway@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday

Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors[1]. | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,<br><br>Defendants. | Adv. Pro No. 21-80050 (WLH)<br><br>**STIPULATED MOTION TO INDEFINITELY EXTEND DEFENDANTS' DEADLINE TO FILE MOTION OR ANSWER COMPLAINT** |

**STIPULATION**

Easterday Ranches, Inc.; Easterday Farms (together "Plaintiffs"); Estate of Gale L. Easterday; Karen L. Easterday; Cody A. Easterday; and Debby Easterday

---

[1] This case is jointly administered with *In re Easterday Farms*, Case No. 21-00176-WLH11.

STIPULATED MOTION TO INDEFINITELY EXTEND DEFENDANTS' DEADLINE TO FILE MOTION OR ANSWER COMPLAINT - 1

("Defendants" and, together with Plaintiffs, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiffs filed their complaint in the above-captioned action on September 22, 2021 (the "Complaint") [Doc. No. 1].

2. On that same day, the Court served a Summons in an Adversary Proceeding ("Summons"), which Summons set Defendants' deadline to file a motion or answer to the Complaint within 30 days of September 22, 2021 [Doc. No. 3].

3. Plaintiffs and Defendants hereby agree that Defendants' aforementioned deadline to file a motion or answer to the Complaint is stayed indefinitely.

4. If and when Plaintiffs desire Defendants to file a motion or answer to the Complaint, Plaintiffs will provide written notice to Defendants' counsel via email, which notice shall trigger a 14-day deadline for Defendants to file a motion or answer to the Complaint.

Dated: October 19, 2021.

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, WSBA 52204
*Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday*

STIPULATED MOTION TO INDEFINITELY EXTEND DEFENDANTS' DEADLINE TO FILE MOTION OR ANSWER COMPLAINT - 2

| | |
|---|---|
| 1 | **BUSH KORNFELD LLP** |
| 2 | By */s/ Thomas A. Buford* |
| 3 | Thomas A. Buford, WSBA #52969<br>*Attorneys for Plaintiffs, Debtors, and Debtors-in-Possession* |
| 4 | |
| 5 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| 6 | By */s/ Jason Rosell* |
| 7 | Richard M. Pachulski, CA Bar #90073<br>Jeffrey W. Dulberg, CA Bar #181200 |
| 8 | Jason Rosell, CA Bar #269126<br>Alan Kornfeld, CA Bar # 130063 |
| 9 | *Attorneys for Plaintiffs, Debtors, and Debtors-in-Possession* |
| 10 | |
| 11 | **SUSSMAN SHANK** |
| 12 | By */s/ Jeffrey C. Misley* |
| 13 | Jeffrey C. Misley, WSBA #33397<br>*Attorneys for Cody and Debby Easterday* |
| 14 | 042047\00001\12848800v2 |

STIPULATED MOTION TO INDEFINITELY EXTEND DEFENDANTS' DEADLINE TO FILE MOTION OR ANSWER COMPLAINT - 3