UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors[1].<br><br>--- | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,<br><br>Defendants. | Adv. Pro No. 21-80050 (WLH)<br><br>**ORDER INDEFINITELY EXTENDING DEFENDANTS' DEADLINE TO FILE MOTION OR ANSWER COMPLAINT** |

This matter came before the Court upon the Stipulated Motion to Indefinitely Extend Defendants' Deadline to File Motion or Answer Complaint [Doc. _____]. The Court has reviewed the Motion and the record and files herein, and finds cause exists to grant the requested relief. Now, therefore, it is hereby

ORDERED that the stipulation among the Parties is approved in its entirety. The scheduling conference set for November 18, 2021 is cancelled and the

---

[1] This case is jointly administered with *In re Easterday Farms*, Case No. 21-00176-WLH11.

ORDER INDEFINITELY EXTENDING DEFENDANTS' DEADLINE TO FILE MOTION OR ANSWER COMPLAINT - 1

obligations set forth in the Notice of Scheduling Conference [Doc. No. 2] are abated.

/// END OF ORDER ///

Presented by:

TONKON TORP LLP

By _____
Timothy J. Conway, WSBA 52204
Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday

099997\33028\12864307v1

ORDER INDEFINITELY EXTENDING DEFENDANTS' DEADLINE TO FILE MOTION OR ANSWER COMPLAINT - 2