ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com, tbuford@bskd.com, and
rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
MAXIM B. LITVAK (CA Bar #215852)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and mlitvak@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs,*
*Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY<br><br>Defendants. | Adv. Pro. No. 21-80050 (WLH)<br><br>**NOTICE OF REINSTATEMENT OF DEADLINE FOR DEFENDANTS TO ANSWER THE COMPLAINT** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

NOTICE OF DEADLINE FOR DEFENDANTS TO
ANSWER COMPLAINT – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**PLEASE TAKE NOTICE** that, on September 22, 2021, the above-captioned debtors and debtors in possession (together, the "Plaintiffs") filed the *Complaint (I) to Determine Validity, Priority, or Extent of Interests in Property and (II) for Declaratory Judgment* [Adv. Pro. Docket No. 1] (the "Complaint").

**PLEASE TAKE FURTHER NOTICE** that, on October 19, 2021, the (i) Plaintiffs and (ii) Estate of Gale L. Easterday, Karen L. Easterday, Cody A. Easterday, and Debby Easterday (collectively, the "Defendants") filed that certain *Stipulated Motion to Indefinitely Extend Defendants' Deadline to File Motion or Answer Complaint* [Adv. Pro. Docket No. 7] (the "Stipulation"). Pursuant to the Stipulation, the Plaintiffs and Defendants agreed that the Defendants' deadline to file a motion or answer to the Complaint is stayed indefinitely; provided, however, the Plaintiffs may provide written notice to Defendants triggering a 14-day deadline for Defendants to file a motion or answer to the Complaint.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of this notice, the Plaintiffs have provided written notice to Defendants of Plaintiffs' desire that the Defendants file a motion or answer to the Complaint, thus triggering the 14-day deadline for Defendants to file a motion or answer to the Complaint.

Dated: November 3, 2021                    BUSH KORNFELD LLP

                                            */s/ Thomas A. Buford, III*
                                            THOMAS A. BUFORD, III (WSBA 52969)
                                            BUSH KORNFELD LLP

                                            RICHARD M. PACHULSKI (admitted *pro hac vice*)
                                            JEFFREY W. DULBERG (admitted *pro hac vice*)
                                            MAXIM B. LITVAK (admitted *pro hac vice*)
                                            PACHULSKI STANG ZIEHL & JONES LLP

                                            *Attorneys for Plaintiffs*

DOCS_SF:106304.1

NOTICE OF DEADLINE FOR DEFENDANTS TO
ANSWER COMPLAINT – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104