UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors*¹*. | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,<br><br>Defendants. | Adv. Pro No. 21-80050 (WLH)<br><br>(PROPOSED) SCHEDULING ORDER |

This matter came before the Court pursuant to the above-captioned adversary proceeding (the "Adversary Proceeding"). On September 22, 2021, Plaintiffs filed a Complaint (I) to Determine Validity, Priority, or Extent of

---

¹ This case is jointly administered with In re Easterday Farms, Case No. 21-00176-WLH11.

(PROPOSED) SCHEDULING ORDER - 1

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Interests in Property and (II) for Declaratory Judgment [Adv. Pro. Docket No. 11] (the "Complaint").  On October 19, 2021, Defendants filed a Stipulated Motion to Indefinitely Extend Defendants' Deadline to File Motion or Answer Complaint [Adv. Pro. Docket No. 11] (the "Stipulation").  On November 3, 3021, Plaintiffs filed a Notice of Deadline for Defendants to Answer Complaint [Adv. Pro. Docket No. 11].  On November 17, 2021, Defendant Karen L. Easterday filed her Answer, Affirmative Defenses, and Counterclaims to Complaint [Adv. Pro. Docket No. 14] and Defendants Cody and Debby Easterday filed their Answer, Affirmative Defenses, and Counterclaims to Complaint [Adv. Pro. Docket No. 15].  At a status conference on November 17, 2021, Plaintiffs proposed that a trial in the Adversary Proceeding take place in April 2022.  Mrs. Easterday disagrees that a fair trial can be conducted within that timeframe; the question of which parties owned each of the real property, water rights, and irrigation improvements that were sold (the "Assets") as between Easterday Farms, Easterday Ranches, and the Easterdays individually, and the allocation of the value of each of those Assets among each of the entities and individuals are fact and legal intensive and form the crux of the entire bankruptcy proceeding.  As set out below, Mrs. Easterday proposes a scheduling order that allows for an accelerated, but potentially adequate, time to conduct discovery and a trial in this Adversary Proceeding.

       This Scheduling Order supersedes any other scheduling order(s) entered to date in this Adversary Proceeding.  The following schedule shall apply:

       1.     The Court has waived the initial disclosures set out in FRCP 26(a)(1).

       2.     Deadline to identify attorneys/decision makers for Plaintiffs: December 3, 2021.

(PROPOSED) SCHEDULING ORDER - 2

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

21-80050-WLH    Doc 19    Filed 12/01/21    Entered 12/01/21 12:45:03    Pg 2 of 4

3. Deadline to file amended complaint and respond to Counterclaims: December 8, 2021.

4. Deadline to respond to Amended Complaint: December 22, 2021.

5. Mediation: December 2021/January 2022.

6. Close of written fact discovery: March 14, 2022.

7. Close of fact depositions: April 1, 2022.

8. Deadline to identify expert witnesses (if any): April 8, 2022.

9. Deadline to exchange expert reports (if any): April 22, 2022.

10. Close of expert depositions: May 13, 2022.

11. Deadline to file joint statement of agreed facts: May 31, 2022.

12. Deadline to file a list of witnesses: June 7, 2022.

13. Deadline to mark, exchange, and file exhibits: June 7, 2022.

14. Pre-Trial Conference: 7 days prior to trial.

15. Trial: June 21, 2022 or as soon thereafter as the court is available.

/// END OF ORDER ///

Presented by:

TONKON TORP LLP


By */s/ Timothy J. Conway*
Timothy J. Conway, WSBA 52204
Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday

(PROPOSED) SCHEDULING ORDER - 3

SUSSMAN SHANK LLP

By */s/ Jeffrey C. Misley*
    Jeffrey C. Misley, WSBA 33397
    Attorneys for Cody Easterday and
    Debby Easterday

042047\02001\12986277v1

(PROPOSED) SCHEDULING ORDER - 4