UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>EASTERDAY RANCHES, INC., *et al.*<br>Debtors.[1] | Chapter 11<br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br>Plaintiffs,<br>v.<br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY<br>Defendants. | Adv. Pro. No. 21-80050 (WLH)<br><br>**SCHEDULING ORDER** |

Upon consideration of each request of the above-captioned Plaintiffs and Defendants for the court to enter a scheduling order in the above-captioned adversary proceeding (Adv. Proc. No. 21-80050, the "Adversary Proceeding"),

**IT IS HEREBY ORDERED THAT:**

1. The following deadlines shall apply with respect to the Adversary Proceeding:

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

SCHEDULING ORDER – Page 1

a. **December 8, 2021**: Plaintiff's deadline to file an amended complaint (the "Amended Complaint") and/or answer to the counterclaims asserted by the Defendants [Adv. Proc. Docket Nos. 14 and 15].

b. **December 22, 2021**: Defendants' deadline to answer the Amended Complaint.

c. **January 7, 2022**: Close of written discovery. Written responses to Interrogatories, Requests for Admissions, and Requests for Production shall be due no later than 14 days from service thereof. All such documents and responses may be served by electronic mail.

d. **February 4, 2022:** Deadline to complete document production.

e. **February 25, 2022**: Close of fact depositions.

f. **March 4, 2022**: Deadline to identify testifying experts.

g. **March 18, 2022**: Reports of testifying experts must be served.

h. **April 8, 2022**: Close of expert depositions.

i. **7 days before Final Hearing**: Pre-trial briefing must be filed and served.

j. **3 days before Final Hearing**: Declarations with direct testimony of fact and expert witnesses must be filed and served.

k. **April 18, 2022 at 9:30 a.m. (Pacific Time)**: In person trial begins and continues day to day until complete (the "Final Hearing").

2. The parties may modify the discovery deadlines set forth herein by the agreement of the Plaintiffs and Defendants without further court approval.

3. The court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this order.

/// END OF ORDER ///

Presented by:

/s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
MAXIM B. LITVAK (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs*

SCHEDULING ORDER – Page 3