| | | |
|---|---|---|
| Jeffrey C. Misley, WSBA # 33397<br>jmisley@sussmanshank.com<br>Thomas W. Stilley, WSBA # 21718<br>tstilley@sussmanshank.com<br>SUSSMAN SHANK LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR  97205-3089<br>Telephone: (503) 227-1111<br>Facsimile: (503) 248-0130 | | Honorable Whitman L. Holt<br>Chapter 11<br>Hearing Date: December 21, 2021<br>Hearing Time: 11:00 a.m.<br>Hearing Location: (via telephone) |

*Attorneys for Cody Easterday and Debby Easterday*

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al.*,<br><br>Debtors.[1]<br><br>EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>                    Plaintiffs<br>v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY,<br><br>                    Defendants. | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered<br><br>Adv. Proc. No. 21-80050(WLH)<br><br>CODY AND DEBBY EASTERDAY'S JOINDER IN SUPPORT OF MOTIONS FILED BY KAREN EASTERDAY |

Cody and Debby Easterday (the "Easterdays") defendants in the above captioned Adversary Proceeding file this joinder in support of the Notice and Motion to Disqualify Pachulski Stang Ziehl & Jones LLP and Bush Kornfeld LLP as Counsel for Debtors (the "Motion to Disqualify") [ECF No. 28], the Notice and Motion for Reconsideration (the "Motion to Reconsider") [ECF No. 29], and Karen L. Easterday's Notice and Motion to Shorten Time as to

---

[1] The Debtors, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

**Page 1 of 2** - CODY AND DEBBY EASTERDAY'S JOINDER IN SUPPORT OF MOTIONS FILED BY KAREN EASTERDAY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

21-80050-WLH    Doc 31    Filed 12/17/21    Entered 12/17/21 18:43:03    Pg 1 of 3

Her Motion to Disqualify Pachulski Stang Ziehl & Jones LLP, and Motion for Reconsideration (the "Motion to Shorten") [ECF No. 30] (Collectively the "Motions") filed by Karen L. Easterday. The Easterdays hereby incorporate the Motions as if fully set forth herein and agree the Complaint, Answer and Counterclaim filed in the Adversary Proceeding make clear a direct, live adversity has arisen. As noted in the Motion to Disqualify, there is an actual conflict between Farms and Ranches because the court must determine which of them (along with the Easterday family) owned the Sale Properties and how much value each of the estates (along with the Easterday family) will receive from the proceeds of the Sale. Under these facts counsel for the Debtors should be disqualified from representing both Debtors in the Adversary Proceeding as they are not disinterested and hold interests adverse to each estate.

The Easterdays also agree that the issue of who can be appointed as new counsel should be revisited. The unsecured creditor committee counsel cannot be appointed to represent the Debtor's interests as the committee's interests are more limited and may diverge from the estates interests as a whole. S*ee* 11 U.S.C. § 1103(b). To that end the Easterdays note that the issues raised in the Motion to Disqualify are similar to issues that are often resolved through the appointment of special counsel under 11 U.S.C. § 327(e), as has previously been done in these Chapter 11 cases.

For these reasons and the reasons set forth in the Motions, the Easterdays respectfully request the court grant the Motion to Disqualify, the Motion for Reconsideration and the Motion to Shorten Time and order Pachulski Stang Ziehl & Jones LLP and Bush Kornfeld LLP to immediately cease representing the Debtors in this Adversary Proceeding.

Dated this 17th day of December, 2021.

SUSSMAN SHANK LLP

By */s/ Jeffrey C. Misley*
 Jeffrey C. Misley, WSBA # 33397
 Attorneys for Cody Easterday and Debby Easterday

**Page 2 of 2** - CODY AND DEBBY EASTERDAY'S JOINDER IN SUPPORT OF MOTIONS FILED BY KAREN EASTERDAY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

21-80050-WLH    Doc 31    Filed 12/17/21    Entered 12/17/21 18:43:03    Pg 2 of 3

## CERTIFICATE OF SERVICE

I, Majesta P. Racanelli, declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on December 17, 2021, I served **CODY AND DEBBY EASTERDAY'S JOINDER IN SUPPORT OF MOTIONS FILED BY KAREN EASTERDAY,** on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 17, 2021.

*/s/ Majesta P. Racanelli*
_____
Majesta P. Racanelli, Paralegal

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

21-80050-WLH    Doc 31    Filed 12/17/21    Entered 12/17/21 18:43:03    Pg 3 of 3