UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors[1]. | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,<br><br>Defendants. | Adv. Pro No. 21-80050 (WLH)<br><br>**[PROPOSED] ORDER SHORTENING TIME** |

---

[1] This case is jointly administered with In re Easterday Farms, Case No. 21-00176-WLH11.

[PROPOSED] ORDER SHORTENING TIME – Page 1

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

| | |
|---|---|
| 1 | ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY, |
| 2 | |
| 3 | |
| 4 | Counterclaim Plaintiffs, |
| 5 | v. |
| 6 | EASTERDAY RANCHES, INC., EASTERDAY FARMS, |
| 7 | |
| 8 | Counterclaim Defendants. |

THIS MATTER having come before the court upon Karen L. Easterday's Notice and Motion to Shorten Time as to Her Motion to Disqualify Pachulski Stang Ziehl & Jones LLP and Bush Kornfeld LLP, and Motion for Reconsideration ("Motion"), Karen L. Easterday, individually and as personal representative of the estate of Gale A. Easterday ("Mrs. Easterday") seeks entry of an order shortening time for hearings on her Motion for Reconsideration of scheduling order and Motion to Disqualify Pachulski Stang Ziehl & Jones LLP and Bush Kornfeld LLP as counsel for Debtors in the above-captioned adversary proceeding. The court, having reviewed the Motion, the Declaration of Timothy J. Conway in support thereof, and the record and files herein, finds cause exists to grant the requested relief. Now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Motion to Shorten Time [ECF No. 30] is GRANTED.
2. The time for hearing on the Motion is shortened to December 21, 2021 at 3:00 p.m.

\* \* \*

\* \* \*

[PROPOSED] ORDER SHORTENING TIME – Page 2

3. Any responses or objections to the Motion may be filed with the court and served on counsel for Mrs. Easterday up to the time of the hearing or presented orally at the time of the hearing.

/// END OF ORDER ///

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, WSBA 52204
*Attorneys for Karen L. Easterday, individually and as personal representative of the estate of Gale A. Easterday*

042047\02001\13079950v1

[PROPOSED] ORDER SHORTENING TIME – Page 3

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440