Timothy J. Conway, WSBA 52204
　Direct Dial:　503.802.2027
　E-Mail:　　　tim.conway@tonkon.com
Ava L. Schoen, Admitted Pro Hac Vice
　Direct Dial:　503.802.2143
　Email:　　　ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099
Facsimile:　　503.274.8779

*Attorneys for Karen L. Easterday, individually and as personal representative of the Estate of Gale A. Easterday*

HON. WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>　　　　　Debtors[1]. | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,<br><br>　　　　　Defendants. | Adv. Pro No. 21-80050 (WLH)<br><br>**NOTICE OF STIPULATED PROPOSED REVISED SCHEDULING ORDER** |

---

[1] This case is jointly administered with *In re Easterday Farms*, Case No. 21-00176-WLH11.

NOTICE OF STIPULATED PROPOSED REVISED SCHEDULING ORDER - 1

PLEASE TAKE NOTICE that on December 21, 2021, the court held a hearing (the "Hearing") in the above-captioned adversary proceeding (the "Adversary Proceeding"). As set forth on the record at the Hearing, the court ordered that the Plaintiffs and Defendants meet and confer regarding a scheduling order and either (a) file a stipulated scheduling order or (b) in the event the Plaintiffs and Defendants cannot agree on the terms of a consensual scheduling order, file competing scheduling orders by January 10, 2022.

PLEASE TAKE FURTHER NOTICE that Plaintiffs and Defendants have met and conferred regarding a scheduling order and reached an agreement. Accordingly, Plaintiffs' and Defendants' Stipulated [Proposed] Revised Scheduling Order is attached hereto as <u>Exhibit A</u>.

Dated: January 10, 2022.

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, WSBA 52204
    Ava L. Schoen, Admitted *Pro Hac Vice*
    *Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday*

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Jason Rosell*
    Richard M. Pachulski, CA Bar #90073
    Jeffrey W. Dulberg, CA Bar #181200
    Jason Rosell, CA Bar #269126
    Alan Kornfeld, CA Bar # 130063
    *Attorneys for Plaintiffs, Debtors, and Debtors-in-Possession*

NOTICE OF STIPULATED PROPOSED REVISED SCHEDULING ORDER - 2

| | |
|---|---|
| 1 | SUSSMAN SHANK |
| 2 | By */s/ Jeffrey C. Misley* |
| 3 | Jeffrey C. Misley, WSBA #33397<br>*Attorneys for Cody and Debby Easterday* |

NOTICE OF STIPULATED PROPOSED REVISED SCHEDULING ORDER - 3

Timothy J. Conway, WSBA 52204
  Direct Dial: 503.802.2027
  E-Mail: tim.conway@tonkon.com
Ava L. Schoen, Admitted Pro Hac Vice
  Direct Dial: 503.802.2143
  Email: ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099
Facsimile: 503.274.8779

  *Attorneys for Karen L. Easterday, individually and as personal representative of the Estate of Gale A. Easterday*

HON. WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors[1]. | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
|---|---|
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>    Plaintiffs,<br><br>  v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,<br><br>    Defendants. | Adv. Pro No. 21-80050 (WLH)<br><br>**STIPULATED [PROPOSED] REVISED SCHEDULING ORDER** |

---

[1] Debtors, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 1

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

EXHIBIT A
Page 1 of 4

21-80050-WLH    Doc 42    Filed 01/10/22    Entered 01/10/22 16:39:10    Pg 4 of 9

ESTATE OF GALE A. EASTERDAY
(DECEASED), KAREN L. EASTERDAY,
CODY A. EASTERDAY, and DEBBY
EASTERDAY,

        Counterclaim Plaintiffs,

        v.

EASTERDAY RANCHES, INC.,
EASTERDAY FARMS,

        Counterclaim Defendants.

Upon consideration of the Motion for Reconsideration [Adv. Pro. Docket No. 29] and the statements of counsel and the court at the hearing on December 21, 2021, in the above-captioned adversary proceeding (Adv. Proc. No. 21-80050, the "Adversary Proceeding"), the Adversary Proceeding will be conducted in three phases as set forth in a separate to-be-entered court order.

IT IS HEREBY ORDERED THAT:

1. The following deadlines shall apply with respect to Phase 1 of the Adversary Proceeding:

    a. December 8, 2021: Plaintiffs' deadline to file an amended complaint (the "Amended Complaint") and/or answer to the counterclaims asserted by Defendants [Adv. Proc. Docket Nos. 14 and 15].

    b. December 22, 2021: Defendants' deadline to answer the Amended Complaint.

    c. January 12, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

    d. February 16, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 2

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

EXHIBIT A

21-80050-WLH    Doc 42    Filed 01/10/22    Entered 01/10/22 16:39:10    Pg 3 of 9

Page 2 of 4

e. March 4, 2022: Deadline to identify testifying experts.

f. March 16, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

g. March 17, 2022: Close of fact discovery.

h. March 18, 2022: Reports of testifying experts must be served.

i. April 8, 2022: Close of expert depositions.

j. Seven Days Before Final Hearing: Pretrial briefing, witness lists, and exhibit lists must be filed and served.

k. Three Days Before Final Hearing: Declarations with direct testimony of fact and expert witnesses must be filed and served.

l. April 15, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

m. April 18, 2022 at 9:30 a.m. (Pacific Time): In-person trial begins and continues day-to-day or as otherwise scheduled by the court until complete (the "Final Hearing").

2. Written responses to Interrogatories, Requests for Admission, and Requests for Production shall be due no later than 14 days from service thereof. All such written responses may be served by electronic mail. Documents shall be due no later than 30 days from service of Requests for Production. All such documents may be served electronically.

3. The court may modify the deadlines set forth herein for cause upon motion by any party.

4. The parties may modify the discovery deadlines set forth herein by the agreement of Plaintiffs and Defendants without further court approval.

5. The court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this order.

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 3

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

EXHIBIT A

21-80050-WLH    Doc 42    Filed 01/10/22    Entered 01/10/22 16:39:10    Pg 8 of 39

/// END OF ORDER ///

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, WSBA 52204
   Ava L. Schoen, Admitted *Pro Hac Vice*
   *Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday*

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Jason Rosell*
   Richard M. Pachulski, CA Bar #90073
   Jeffrey W. Dulberg, CA Bar #181200
   Jason Rosell, CA Bar #269126
   Alan Kornfeld, CA Bar # 130063
   *Attorneys for Plaintiffs, Debtors, and Debtors-in-Possession*

SUSSMAN SHANK

By */s/ Jeffrey C. Misley*
   Jeffrey C. Misley, WSBA #33397
   *Attorneys for Cody and Debby Easterday*

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, WSBA 52204
   Ava L. Schoen, Admitted *Pro Hac Vice*
   *Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday*

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 4

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

EXHIBIT A
Page 4 of 4

21-80050-WLH    Doc 42    Filed 01/10/22    Entered 01/10/22 16:39:10    Pg 7 of 9

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF STIPULATED PROPOSED REVISED SCHEDULING ORDER** was served on:

| | |
|---|---|
| Armand J. Kornfeld<br>Thomas A. Buford<br>Richard B. Keeton<br>Bush Kornfeld LLP<br>601 Union Street, #5000<br>Seattle, WA 98101<br>jkornfeld@bskd.com<br>tbuford@bskd.com<br>rkeeton@bskd.com<br>    Attorneys for Debtors | Weiru Fang<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>wfang@cooley.com<br>    Attorneys for Official Committee of<br>    Unsecured Creditors of Easterday<br>    Ranches, Inc. |
| Richard M. Pachulski<br>Jeffrey W. Dulberg<br>Maxim B. Litvak<br>Ira D. Kharasch<br>Pachulski Stang Ziehl & Jones LLP<br>13th Floor<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067-4003<br>rpachulski@pszjlaw.com<br>jdulberg@pszjlaw.com<br>mlitvak@pszjlaw.com<br>ikharasch@pszj.com<br>    Attorneys for Debtors | Jay R. Indyke<br>Michael Klein<br>Evan Lazerowitz<br>Cullen D. Speckhart<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001<br>jindyke@cooley.com<br>mklein@cooley.com<br>elazerowitz@cooley.com<br>cspeckhart@cooley.com<br>    Attorneys for Official Committee of<br>    Unsecured Creditors of Easterday<br>    Ranches, Inc. |
| Benjamin L. Wallen<br>Pachulski Stang Ziehl & Jones LLP<br>440 Louisiana St., #900<br>Houston, TX 77002<br>bwallen@pszjlaw.com<br>    Attorneys for Debtors | Joseph M. Welch<br>Buchalter, a Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612<br>jwelch@buchalter.com<br>    Attorneys for Official Committee of<br>    Unsecured Creditors of Easterday Farms |
| Christopher B. Durbin<br>Cooley LLP<br>1700 Seventh Avenue, #1900<br>Seattle, WA 98101<br>cdurbin@cooley.com<br>    Attorneys for Official Committee of<br>    Unsecured Creditors of Easterday<br>    Ranches, Inc. | Gary W. Dyer<br>U.S. Trustee's Office<br>920 W. Riverside Ave., #593<br>Spokane, WA 99201-1012<br>Gary.W.Dyer@usdoj.gov |

CERTIFICATE OF SERVICE - 1

Jeffrey C. Misley
Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, #1400
Portland, OR 97205-3089
jmisley@sussmanshank.com
tstilley@sussmanshank.com
   Attorneys for Cody Easterday and
   Debby Easterday

☐ by faxing a copy thereof to each attorney at his last-known facsimile number on the date set forth below;

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☒ by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below.

Dated: January 10, 2022.

TONKON TORP LLP

By /s/ Timothy J. Conway
   Timothy J. Conway, WSBA 52204
   Ava L. Schoen, Admitted *Pro Hac Vice*
   Attorneys for Karen L. Easterday,
   individually and as personal
   representative of the Estate of Gale A.
   Easterday

042047\02001\13157908v1

CERTIFICATE OF SERVICE - 2