Timothy J. Conway, WSBA 52204
  Direct Dial:  503.802.2027
  E-Mail:     tim.conway@tonkon.com
Ava L. Schoen, Admitted Pro Hac Vice
  Direct Dial:  503.802.2143
  Email:     ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099
Facsimile:    503.274.8779

*Attorneys for Karen L. Easterday,*
*individually and as personal representative*
*of the Estate of Gale A. Easterday*

HON. WHITMAN L. HOLT

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| EASTERDAY RANCHES, INC., *et al.* | Lead Case No. 21-00141-WLH |
| Debtors[1]. | Jointly Administered |
| | |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS, | Adv. Pro No. 21-80050 (WLH) |
| Plaintiffs, | **STIPULATED [PROPOSED] REVISED SCHEDULING ORDER** |
| v. | |
| ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY, | |
| Defendants. | |

[1] Debtors, along with their case numbers, are as follows:  Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 1

| | ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY, |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Counterclaim Plaintiffs, |
| 5 | v. |
| 6 | EASTERDAY RANCHES, INC., EASTERDAY FARMS, |
| 7 | |
| 8 | Counterclaim Defendants. |

Upon consideration of the Motion for Reconsideration [Adv. Pro. Docket No. 29] and the statements of counsel and the court at the hearing on December 21, 2021, in the above-captioned adversary proceeding (Adv. Proc. No. 21-80050, the "Adversary Proceeding"), the Adversary Proceeding will be conducted in three phases as set forth in a separate to-be-entered court order.

IT IS HEREBY ORDERED THAT:

1.     The following deadlines shall apply with respect to Phase 1 of the Adversary Proceeding:

       a.     December 8, 2021:  Plaintiffs' deadline to file an amended complaint (the "Amended Complaint") and/or answer to the counterclaims asserted by Defendants [Adv. Proc. Docket Nos. 14 and 15].

       b.     December 22, 2021:  Defendants' deadline to answer the Amended Complaint.

       c.     January 12, 2022 at 11:00 a.m. (Pacific Time):  Telephonic status conference.

       d.     February 16, 2022 at 11:00 a.m. (Pacific Time):  Telephonic status conference.

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 2

1        e.     March 4, 2022:  Deadline to identify testifying experts.

2        f.     March 16, 2022 at 11:00 a.m. (Pacific Time):  Telephonic status
3 conference.

4        g.     March 17, 2022: Close of fact discovery.

5        h.     March 18, 2022:  Reports of testifying experts must be served.

6        i.     April 8, 2022:  Close of expert depositions.

7        j.     Seven Days Before Final Hearing:  Pretrial briefing, witness
8 lists, and exhibit lists must be filed and served.

9        k.     Three Days Before Final Hearing:  Declarations with direct
10 testimony of fact and expert witnesses must be filed and served.

11        l.     April 15, 2022 at 11:00 a.m. (Pacific Time):  Telephonic status
12 conference.

13        m.     April 18, 2022 at 9:30 a.m. (Pacific Time):  In-person trial
14 begins and continues day-to-day or as otherwise scheduled by the court until
15 complete (the "Final Hearing").

16     2.     Written responses to Interrogatories, Requests for Admission, and
17 Requests for Production shall be due no later than 14 days from service thereof.
18 All such written responses may be served by electronic mail.  Documents shall be
19 due no later than 30 days from service of Requests for Production.  All such
20 documents may be served electronically.

21     3.     The court may modify the deadlines set forth herein for cause upon
22 motion by any party.

23     4.     The parties may modify the discovery deadlines set forth herein by the
24 agreement of Plaintiffs and Defendants without further court approval.

25     5.     The court shall retain exclusive jurisdiction with respect to all matters
26 arising from or related to the implementation of this order.

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 3

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

/// END OF ORDER ///

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, WSBA 52204
    Ava L. Schoen, Admitted *Pro Hac Vice*
    *Attorneys for Karen L. Easterday*
    *individually and as personal*
    *representative of the estate of Gale A.*
    *Easterday*

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Jason Rosell*
    Richard M. Pachulski, CA Bar #90073
    Jeffrey W. Dulberg, CA Bar #181200
    Jason Rosell, CA Bar #269126
    Alan Kornfeld, CA Bar # 130063
    *Attorneys for Plaintiffs, Debtors, and*
    *Debtors-in-Possession*

SUSSMAN SHANK

By */s/ Jeffrey C. Misley*
    Jeffrey C. Misley, WSBA #33397
    *Attorneys for Cody and Debby Easterday*

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, WSBA 52204
    Ava L. Schoen, Admitted *Pro Hac Vice*
    *Attorneys for Karen L. Easterday*
    *individually and as personal*
    *representative of the estate of Gale A.*
    *Easterday*

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 4

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATED [PROPOSED] REVISED SCHEDULING ORDER** was served on:

Armand J. Kornfeld
Thomas A. Buford
Richard B. Keeton
Bush Kornfeld LLP
601 Union Street, #5000
Seattle, WA 98101
jkornfeld@bskd.com
tbuford@bskd.com
rkeeton@bskd.com
    Attorneys for Debtors

Richard M. Pachulski
Jeffrey W. Dulberg
Maxim B. Litvak
Ira D. Kharasch
Pachulski Stang Ziehl & Jones LLP
13th Floor
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4003
rpachulski@pszjlaw.com
jdulberg@pszjlaw.com
mlitvak@pszjlaw.com
ikharasch@pszj.com
    Attorneys for Debtors

Benjamin L. Wallen
Pachulski Stang Ziehl & Jones LLP
440 Louisiana St., #900
Houston, TX 77002
bwallen@pszjlaw.com
    Attorneys for Debtors

Christopher B. Durbin
Cooley LLP
1700 Seventh Avenue, #1900
Seattle, WA 98101
cdurbin@cooley.com
    Attorneys for Official Committee of
    Unsecured Creditors of Easterday
    Ranches, Inc.

Weiru Fang
Cooley LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
wfang@cooley.com
    Attorneys for Official Committee of
    Unsecured Creditors of Easterday
    Ranches, Inc.

Jay R. Indyke
Michael Klein
Evan Lazerowitz
Cullen D. Speckhart
Cooley LLP
55 Hudson Yards
New York, NY 10001
jindyke@cooley.com
mklein@cooley.com
elazerowitz@cooley.com
cspeckhart@cooley.com
    Attorneys for Official Committee of
    Unsecured Creditors of Easterday
    Ranches, Inc.

Joseph M. Welch
Buchalter, a Professional Corporation
18400 Von Karman Ave., #800
Irvine, CA 92612
jwelch@buchalter.com
    Attorneys for Official Committee of
    Unsecured Creditors of Easterday Farms

Gary W. Dyer
U.S. Trustee's Office
920 W. Riverside Ave., #593
Spokane, WA 99201-1012
Gary.W.Dyer@usdoj.gov

CERTIFICATE OF SERVICE - 1

Jeffrey C. Misley
Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, #1400
Portland, OR 97205-3089
jmisley@sussmanshank.com
tstilley@sussmanshank.com
Attorneys for Cody Easterday and
Debby Easterday

☐ by faxing a copy thereof to each attorney at his last-known facsimile number on the date set forth below;

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☒ by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below.

Dated: January 10, 2022.

TONKON TORP LLP

By /s/ Timothy J. Conway
Timothy J. Conway, WSBA 52204
Ava L. Schoen, Admitted *Pro Hac Vice*
*Attorneys for Karen L. Easterday,*
*individually and as personal*
*representative of the Estate of Gale A.*
*Easterday*

042047\02001\13157835v1

CERTIFICATE OF SERVICE - 2