**So Ordered.**

**Dated: January 14th, 2022**



\* TEXT REDACTED IN AREA RESERVED FOR COURT USE PER LBR 9013-1(c)(2)(A)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors[1]. | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,<br><br>Defendants. | Adv. Pro No. 21-80050 (WLH)<br><br>**STIPULATED [PROPOSED] REVISED SCHEDULING ORDER** |

---

[1] Debtors, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 1

ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, and DEBBY EASTERDAY,

    Counterclaim Plaintiffs,

    v.

EASTERDAY RANCHES, INC., EASTERDAY FARMS,

    Counterclaim Defendants.

Upon consideration of the Motion for Reconsideration [Adv. Pro. Docket No. 29] and the statements of counsel and the court at the hearing on December 21, 2021, in the above-captioned adversary proceeding (Adv. Proc. No. 21-80050, the "Adversary Proceeding"), the Adversary Proceeding will be conducted in three phases as set forth in a separate to-be-entered court order.

IT IS HEREBY ORDERED THAT:

1. The following deadlines shall apply with respect to Phase 1 of the Adversary Proceeding:

    a. December 8, 2021: Plaintiffs' deadline to file an amended complaint (the "Amended Complaint") and/or answer to the counterclaims asserted by Defendants [Adv. Proc. Docket Nos. 14 and 15].

    b. December 22, 2021: Defendants' deadline to answer the Amended Complaint.

    c. January 12, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

    d. February 16, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 2

e. March 4, 2022: Deadline to identify testifying experts.

f. March 16, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

g. March 17, 2022: Close of fact discovery.

h. March 18, 2022: Reports of testifying experts must be served.

i. April 8, 2022: Close of expert depositions.

j. Seven Days Before Final Hearing: Pretrial briefing, witness lists, and exhibit lists must be filed and served.

k. Three Days Before Final Hearing: Declarations with direct testimony of fact and expert witnesses must be filed and served.

l. April 15, 2022 at 11:00 a.m. (Pacific Time): Telephonic status conference.

m. April 18, 2022 at 9:30 a.m. (Pacific Time): In-person trial begins and continues day-to-day or as otherwise scheduled by the court until complete (the "Final Hearing").

2. Written responses to Interrogatories, Requests for Admission, and Requests for Production shall be due no later than 14 days from service thereof. All such written responses may be served by electronic mail. Documents shall be due no later than 30 days from service of Requests for Production. All such documents may be served electronically.

3. The court may modify the deadlines set forth herein for cause upon motion by any party.

4. The parties may modify the discovery deadlines set forth herein by the agreement of Plaintiffs and Defendants without further court approval.

5. The court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this order.

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 3

/// END OF ORDER ///

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, WSBA 52204
   Ava L. Schoen, Admitted *Pro Hac Vice*
   *Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday*

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Jason Rosell*
   Richard M. Pachulski, CA Bar #90073
   Jeffrey W. Dulberg, CA Bar #181200
   Jason Rosell, CA Bar #269126
   Alan Kornfeld, CA Bar # 130063
   *Attorneys for Plaintiffs, Debtors, and Debtors-in-Possession*

SUSSMAN SHANK

By */s/ Jeffrey C. Misley*
   Jeffrey C. Misley, WSBA #33397
   *Attorneys for Cody and Debby Easterday*

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, WSBA 52204
   Ava L. Schoen, Admitted *Pro Hac Vice*
   *Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday*

STIPULATED [PROPOSED] REVISED SCHEDULING ORDER - 4