ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com, tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com, jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys Plaintiffs*

HON. WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>EASTERDAY RANCHES, INC., *et al.*<br>　　　　　　　　　　Debtors.[1] | Chapter 11<br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY,<br>　　　　　　　　　　Defendants. | Adv. Pro. No. 21-80050 (WLH)<br>**PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

CERTIFICATE OF SERVICE OF
DISCOVERY REQUESTS – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fa248601rc

21-80050-WLH    Doc 47    Filed 01/24/22    Entered 01/24/22 06:58:47    Pg 1 of 3

**PLEASE TAKE NOTICE** that on January 21, 2022, the plaintiffs in the above-captioned adversary proceeding served the following discovery requests:

- **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CODY A. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT DEBBY EASTERDAY**
- **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT ESTATE OF GALE A. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT KAREN L. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT CODY A. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT DEBBY EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT ESTATE OF GALE A. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT KAREN L. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT CODY A. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT DEBBY EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT ESTATE OF GALE A. EASTERDAY**
- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT KAREN L. EASTERDAY**

via electronic mail and U.S. First Class Mail on the parties set forth below:

CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fa248601rc

21-80050-WLH    Doc 47    Filed 01/24/22    Entered 01/24/22 06:58:47    Pg 2 of 3

| | |
|---|---|
| Jeffrey C. Misley<br>Thomas W. Stilley<br>Sussman Shank LLP<br>1000 SW Broadway, #1400<br>Portland, OR 97205-3089<br>jmisley@sussmanshank.com<br>tstilley@sussmanshank.com<br><br>Attorneys for Cody Easterday and Debby Easterday | Timothy J. Conway, Tonkon Torp LLP<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR 97204-2099<br>tim.conway@tonkon.com<br><br>Attorneys for Karen L. Easterday, individually and as personal representative of the Estate of Gale A. Easterday |
| Christopher B. Durbin<br>Cooley LLP<br>1700 Seventh Avenue, #1900<br>Seattle, WA 98101<br>cdurbin@cooley.com<br><br>Attorneys for Official Committee of Unsecured Creditors of Easterday Ranches, Inc. | Weiru Fang<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>wfang@cooley.com<br><br>Attorneys for Official Committee of Unsecured Creditors of Easterday Ranches, Inc. |
| Jay R. Indyke<br>Michael Klein<br>Evan Lazerowitz<br>Cullen D. Speckhart<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001<br>jindyke@cooley.com<br>mklein@cooley.com<br>elazerowitz@cooley.com<br>cspeckhart@cooley.com<br><br>Attorneys for Official Committee of Unsecured Creditors of Easterday Ranches, Inc. | Joseph M. Welch<br>Buchalter, a Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612<br>jwelch@buchalter.com<br><br>Attorneys for Official Committee of Unsecured Creditors of Easterday Farms |
| Gary W. Dyer<br>U.S. Trustee's Office<br>920 W. Riverside Ave., #593<br>Spokane, WA 99201-1012<br>Gary.W.Dyer@usdoj.gov | |

Dated: January 24, 2022      BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*

THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS – Page 3

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fa248601rc

21-80050-WLH    Doc 47    Filed 01/24/22    Entered 01/24/22 06:58:47    Pg 3 of 3