So Ordered.

Dated: January 25th, 2022



Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 11 |
|---|---|
| EASTERDAY RANCHES, INC., *et al.* | Lead Case No. 21-00141-WLH11 |
| Debtors.[1] | Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS, | Adv. Pro. No. 21-80050 (WLH) |
| Plaintiffs, | **ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER** |
| v. | |
| ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY, | |
| Defendants. | |

THIS MATTER came before the court upon the *Stipulated Protective Order* (the "Stipulation") [Docket No. 49] filed on January 24, 2022. Based on the parties' agreement, it is hereby

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

ORDER GRANTING MOTION FOR
STIPULATED PROTECTIVE ORDER –
Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**ORDERED as follows:**

1. The Stipulation [ECF No.49] is construed as a motion for an order approving the terms of the Stipulation. So construed, the motion is granted and the Stipulation is approved.

2. Pursuant to Fed. R. Evid. 502(d), the production of any documents in these Chapter 11 Cases or the Allocation Adversary shall not, for the purposes of such proceedings or any other federal or state proceedings, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

/// END OF ORDER ///

Presented by:

BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
IRA D. KHARASCH (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession, Plaintiffs and Counterclaim Defendants*

ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fa24k901jq

21-80050-WLH    Doc 51    Filed 01/25/22    Entered 01/25/22 09:06:01    Pg 2 of 2