UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>EASTERDAY RANCHES, INC., *et al.*<br><br>                  Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>                  Plaintiffs,<br>v.<br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY,<br><br>                  Defendants.<br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY,<br><br>                  Counterclaim Plaintiffs,<br>v.<br>EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>                  Counterclaim Defendants. | Adv. Pro. No. 21-80050 (WLH)<br><br>**ORDER BIFURCATING PHASES OF ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 42 AND FED. R. BANKR. P. 7042** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

ORDER BIFURCATING PHASES OF
ADVERSARY PROCEEDING – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80050-WLH    Doc 52    Filed 01/26/22    Entered 01/26/22 08:00:02    Pg 1 of 3

Upon consideration of the statements of counsel at the hearings on December 21, 2021 and January 12, 2022 in the above-captioned adversary proceeding (the "Adversary Proceeding") and for the reasons stated on the record by the court,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 42 and Federal Rule of Bankruptcy Procedure 7042, the Adversary Proceeding shall be heard in three consecutive phases.

2. Phase 1 Issues. Phase 1 shall consist of a trial regarding: (a) the extent of Defendants' interests in the Disputed Property, as that term is used in the *Complaint (I) to Determine Validity, Priority, or Extent of Interests in Property and (II) for Declaratory Judgment* [Adv. Proc. Docket No. 1],[2] including all affirmative defenses thereto now pending or hereafter approved; and (b) adjudication of the First Counterclaim seeking specific performance of the Cooperation Agreement, as alleged in Karen L. Easterday's and Cody and Debby Easterday's *Answer, Affirmative Defenses, and Counterclaims to Complaint (I) To Determine Validity, Priority, or Extent of Interests in Property; and (II) For Declaratory Judgement* [Adv. Proc. Docket Nos. 14 and 15] (the "Easterday Counterclaims") (collectively, the Phase 1 Issues").

3. Phase 2 Issues. To the extent required, and subject to a further scheduling order at the conclusion of Phase 1, Phase 2 shall consist of a trial solely with respect to the value of the Defendants' ownership interest (if any) in the Disputed Property subject to the court's rulings in Phase 1 (the "Phase 2 Issues").

4. Phase 3 Issues. To the extent required, and subject to the entry of a further scheduling order at the conclusion of Phase 2, Phase 3 shall consist of a trial regarding the Second, Third and Fourth Counterclaims contained in the Easterday

---

[2] For the avoidance of doubt, for purposes of this Order, the term "Disputed Property" includes real property, water rights appurtenant to the real property, and improvements on the real property.

ORDER BIFURCATING PHASES OF ADVERSARY PROCEEDING – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fa266p01x9

21-80050-WLH    Doc 52    Filed 01/26/22    Entered 01/26/22 08:00:02    Pg 2 of 3

Counterclaims as to the ownership and value of each Plaintiff's interest (if any) in the Disputed Property subject to the court's rulings in Phases 1 and 2 (the "<u>Phase 3 Issues</u>").

5. The court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

/// END OF ORDER ///

Presented by:

BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
IRA D. KHARASCH (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession, Plaintiffs and Counterclaim Defendants*

TONKON TORP LLP

*/s/ Timothy J. Conway*
TIMOTHY J. CONWAY (WSBA 52204)
AVA L. SCHOEN (admitted *pro hac vice*)

*Attorneys for Karen Easterday, Individually and as Personal Representative of the Probate Estate of Gale A. Easterday, Defendants and Counterclaim Plaintiffs*

SUSSMAN SHANK LLP

*/s/ Jeffrey C. Misley*
JEFFREY C. MISLEY (WSBA 33397)
THOMAS W. STILLEY (WSBA 21718)

*Attorneys for Cody and Debby Easterday, Defendants and Counterclaim Plaintiffs*

ORDER BIFURCATING PHASES OF ADVERSARY PROCEEDING – Page 3

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fa266p01x9

21-80050-WLH    Doc 52    Filed 01/26/22    Entered 01/26/22 08:00:02    Pg 3 of 3